## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

CRIMINAL CASE NO. 1:10-CR-10183

LNU, Jefatura

        Defendant

## **APPOINTMENT OF FEDERAL DEFENDER**

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is hereby ORDERED that the Federal Defender Office for the District of Massachusetts be appointed, effective as of 06/02/2010 to represent said defendant in this cause until further order of the Court.

SARAH ALLISON THORNTON,
Clerk of Court

06/02/2010
Date

By: /s/ Christine L. Karjel
Deputy Clerk